UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Cynthia A. Leal-Solorzano<br><br>Defendant(s) | CRIMINAL NO. 08CR1745-BTM / 08mj1509<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 08505298 |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Simeon Hernandez-Garcia
(not arraigned - not in USMS custody)

DATED: 5-29-08

RECEIVED _____
              DUSM

OR

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

W. SAMUEL HAMRICK, JR.  Clerk
by /s/ Hernandez
Deputy Clerk
HERNANDEZ

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062